**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SHANE G. SPEROW, | : | No. 53 MAP 2018 |
| | : | |
| Appellant | : | |
| | : | Appeal from the Order of the |
| | : | Commonwealth Court, dismissing the |
| v. | : | Petition for Review, dated August 6, |
| | : | 2018 at No. 401 MD 2018 |
| | : | |
| KEVIN RANSOM, SUPERINTENDENT, | : | |
| S.C.I. WAYMART, ET AL., AND THE | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| | : | |
| Appellees | : | |

**ORDER**

**PER CURIAM**                                                        **DECIDED:  April 26, 2019**

AND NOW, this 26th day of April, 2019, the Order of the Commonwealth Court is

AFFIRMED.